# EXHIBIT 8

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2020-000733-CA-01
SECTION: CA02
JUDGE: Alan Fine

**Ailyn Maria Garciga**

Plaintiff(s)

vs.

**South Florida Educational Federal Credit Union**

Defendant(s)
_____/

## ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND ORDER LIFTING DISCOVERY STAY

THIS CAUSE came before the Court on June 12, 2020 on Defendant's Motion to Dismiss Plaintiff's Class Action Complaint and to consider whether the stay on discovery should be lifted. The Court, having read the moving papers, having heard argument of counsel, and being otherwise fully advised in the premises, does hereby ORDER and ADJUDGE as follows:

1. The Motion to Dismiss is DENIED as to the First Claim for Relief alleging breach of contract and breach of the covenant of good faith and fair dealing for the reasons stated on the record.

2. The Motion to Dismiss is GRANTED as to the Second Claim for Relief alleging a violation of the Florida Deceptive and Unfair Trade Practices Act.

3. Defendant shall file its answer to the Complaint no later than **July 3, 2020**.

4. The stay of discovery imposed in the Court's May 26, 2020 Order in this action pending a ruling on the Motion to Dismiss is lifted. Defendant shall have until **July 27, 2020** to respond to Plaintiff's interrogatories, requests for production, and requests for admission.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>19th day of June, 2020</u>.

2020-000733-CA-01 06-19-2020 11:10 AM

Hon. Alan Fine

**CIRCUIT COURT JUDGE**

Electronically Signed

<div style="border: 2px solid red; color: red;">

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

</div>

**Electronically Served:**

Daniel Tropin, tropin@kolawyers.com

Geralyn M Passaro Mrs., Passaro@litchfieldcavo.com

Geralyn M Passaro Mrs., donaldson@litchfieldcavo.com

Geralyn M Passaro Mrs., vance@litchfieldcavo.com

James R. Branit, branit@litchfieldcavo.com

James R. Branit, guzlas@litchfieldcavo.com

Jeffrey M Ostrow, ostrow@kolawyers.com

Jeffrey M Ostrow, garcia@kolawyers.com

Jonathan M. Streisfeld, streisfeld@kolawyers.com

Jonathan M. Streisfeld, marino@kolawyers.com

Jonathan Streisfeld, streisfeld@kolawyers.com

**Physically Served:**