# EXHIBIT 23

<u>Section 2.13 Return Entries</u>

### Subsection 2.13.1 ODFI Acceptance of Timely Return Entries and Extended Return Entries

An ODFI must accept Return Entries and Extended Return Entries that comply with these Rules and that are Transmitted by the RDFI within the time limits established by these Rules.

### Subsection 2.13.2 ODFI Request for Return

An ODFI may, orally or in writing, request an RDFI to return an Erroneous Entry, or a credit Entry originated without the authorization of the Originator, that was initiated by the ODFI. The RDFI may, but is not obligated to, comply with this request. For purposes of this subsection, an Erroneous Entry has the same meaning as in Section 2.10 (Reversing Entries).

### Subsection 2.13.3 Indemnification by ODFI for Requested Returns

An ODFI requesting that an RDFI return an Erroneous Entry, or a credit Entry originated without the authorization of the Originator, indemnifies the RDFI from and against any and all claims, demands, losses, liabilities and expenses, including attorneys' fees and costs, resulting directly or indirectly from compliance by the RDFI with such request.

### Subsection 2.13.4 Reinitiation of Returned Entries

### Subsection 2.13.4.1 General Rule for Reinitiated Entries

An Originator or ODFI may Reinitiate an Entry, other than an RCK Entry, that was previously returned, only if:

(a) the Entry was returned for insufficient or uncollected funds;

(b) the Entry was Returned for stopped payment and Reinitiation has been separately authorized by the Receiver after the Originator or ODFI receives the Return Entry; or

(c) the Originator or ODFI has taken corrective action to remedy the reason for the return.

The Originator or ODFI must Reinitiate the Entry within 180 days after the Settlement Date of the original Entry. An Originator or ODFI may Reinitiate an Entry that has been returned for insufficient or uncollected funds a maximum of two times following the Return of the original Entry.

An Originator or ODFI may Reinitiate an RCK Entry that was previously returned if:

(d) the RCK Entry has been returned for insufficient or uncollected funds; and

(e) the item to which the RCK Entry relates has been presented no more than one time through the check collection system (as a Check, substitute check, or image) and no more than one time as an RCK Entry.

A debit Entry will not be treated as a Reinitiated Entry if:

(f) the debit Entry is one in a series of preauthorized, recurring debit Entries and is not contingent upon whether an earlier debit Entry in the recurring series has been Returned;

(g) the Originator obtains a new authorization for the debit Entry after it receives the original Return Entry;

(h) the debit Entry is initiated to the Receiver's correct account following the return of a previous Entry using Return Reason Code R03 (No Account/Unable to Locate Account) or R04 (Invalid Account Number Structure); or

(i) the debit Entry is initiated to the Receiver's account following the return of a previous Entry using Return Reason Code R11 (Customer Advises Entry Not in Accordance with the Terms of the Authorization), and the error or defect in the previous Entry has been corrected to conform to the terms of the original authorization, in accordance with the requirements of Subsection 2.13.5 (Correction of Entries Returned as R11 (Customer Advises Entry Not in Accordance with the Terms of the Authorization)).

### Subsection 2.13.4.2 Formatting Requirements for Reinitiated Entries

An Originator or ODFI must submit Reinitiated Entries as a separate batch that contains the word "RETRY PYMT" in the Company Entry Description field of the Company/Batch Header Record. For any Reinitiated Entry, the description "RETRY PYMT" must replace the original content of the Company Entry Description field transmitted in the original Entry, including content otherwise required by these Rules.

The contents of the Company Name, Company Identification, and Amount fields of the Reinitiated Entry must be identical to the contents of the original Entry. The contents of other fields should be modified only as necessary to correct an error or facilitate proper processing of the Reinitiated Entry.

### Section 8.37 "Entry"

(a) an order or request for the transfer of money to the deposit account or loan account of a Receiver, or general ledger account of an RDFI (a "credit Entry");

(b) an order or request for the withdrawal of money from the deposit account of a Receiver, or general ledger account of an RDFI (a "debit Entry"); and

(c) a Non-Monetary Entry to the deposit account or loan account of a Receiver, or general ledger account of an RDFI.

An Entry must comply with the requirements of Appendix Three (ACH Record Format Specifications), Appendix Four (Return Entries), Appendix Five (Notification of Change), or Appendix Six (Acknowledgment Entries), as applicable. For all Entries except RCK Entries, each debit Entry shall be deemed an "item" within the meaning of Revised Article 4 of the Uniform Commercial Code (1990 Official Text) and that Article shall apply to such Entries except where the application is inconsistent with these Rules, in which case these Rules shall control. An RCK Entry is an item as that term is defined by Revised Article 4 of the Uniform Commercial Code only for the limited purposes of presentment as set forth in Article 4-110(c) and notice of dishonor as set forth in Article 4-301(a)(2).