Taras Kick, CA Bar No. 143379
Taras@kicklawfirm.com
Tyler J. Dosaj, CA Bar No. 306938
Tyler@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Tel: (310) 395-2988
Fax: (310) 395-2088

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCHE PHLAUM and JASON JONES, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>NAVY FEDERAL CREDIT UNION, and DOES 1-100,<br><br>                    Defendants. | CASE NO.: 5:24-CV-00765-JGB-DTB<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>**Hon. Jesus G. Bernal** |

PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Blanche Phlaum and Jason Jones, individually and on behalf of all others similarly situated ("Plaintiffs"), appeal to the United States Court of Appeals for the Ninth Circuit from the following orders:

1.    Order (1) GRANTING Defendant's Motion to Dismiss (Dkt. No. 17); and (2) VACATING the September 9, 2024 Hearing (Dkt. No. 24); and

2.    Order (1) GRANTING Defendant's Motion to Dismiss (Dkt. No. 64).

Plaintiffs are filing this notice of appeal less than 30 days after dismissal of the action was granted on October 10, 2025.

Dated: November 6, 2025

THE KICK LAW FIRM, APC

*/s/ Taras Kick*
Taras Kick, CA Bar No. 143379
Taras@kicklawfirm.com
Tyler J. Dosaj, CA Bar No. 306938
Tyler@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Telephone:   (310) 395-2988

*Attorneys for Plaintiffs and the Putative Class*

PLAINTIFFS' NOTICE OF APPEAL

## REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2, the parties to the action along with the names, addresses and telephone numbers of their respective counsel are as follows:

Taras Kick, CA Bar No. 143379
Taras@kicklawfirm.com
Tyler J. Dosaj, CA Bar No. 306938
Tyler@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Telephone:   (310) 395-2988

Attorneys for Plaintiffs Blanche Phlaum and Jason Jones

FRED B. BURNSIDE (State Bar No. 211089)
fredburnside@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

SANCHO ACCORSI (State Bar No. 329413)
sanchoaccorsi@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant Navy Federal Credit Union

Dated: November 6, 2025                    **THE KICK LAW FIRM, APC**

                                           _/s/ Taras Kick_
                                           Taras Kick, CA Bar No. 143379
                                           Taras@kicklawfirm.com

3

Tyler J. Dosaj, CA Bar No. 306938
Tyler@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Telephone:   (310) 395-2988

*Attorneys for Plaintiffs and the Putative Class*

PLAINTIFFS' NOTICE OF APPEAL